██ WINIFRED K. DAY, Respondent, v ONE BEACON INSURANCE, Appellant. [951 NYS2d 435]—

Present— Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.